IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SAMUEL GILLISS and STEPHANIE GILLISS      CASE NO. 3:25CV324

      Plaintiff,                        JUDGE WALTER H. RICE

v.

AIRSTREAM OF COLORADO LLC
AND AIRSTREAM, INC.

      Defendants.

## ORDER OF DISMISSAL; TERMINATION ENTRY

The Court having been advised by counsel for the parties that the above matter has

been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with prejudice as to the

parties, provided that any of the parties may, upon good cause shown **within 60 days,** reopen

the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should

be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), and

incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the

parties, if necessary.

**IT IS SO ORDERED.**

Date: 2-12-26                 _Walter Rice_

                            **WALTER H. RICE, JUDGE**
                            **UNITED STATES DISTRICT COURT**